this association of public and economic power. But it is less if it is recognized." *Id.*, at 393–394.

I think the time has come for us to explore this problem; and the setting of the present case shows how pressing the problem is.

No. 657. KANSAS CITY SOUTHERN RAILWAY Co. *v.* JOHNSTON. Sup. Ct. Okla. Certiorari denied. *Clyde J. Watts* for petitioner. *Payne H. Ratner* for respondent.

No. 664. BALL ET AL. *v.* EASTERN COAL CORP. ET AL. Ct. App. Ky. Certiorari denied. *Jean L. Auxier* for petitioners. *Albert S. Kemper, Jr.,* for Eastern Coal Corp., and *Edward L. Carey, Harrison Combs* and *M. E. Boiarsky* for United Mine Workers of America et al., respondents.

No. 323. BENNETT ET AL. *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Hiram W. Kwan* for petitioners.

No. 394. HALE *v.* TOWN OF VINTON. Sup. Ct. App. Va. Certiorari denied. *Stuart A. Barbour, Jr.,* for petitioner.

No. 588. JACKSON ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *James J. Bierbower* and *Harry A. Inman* for petitioners. *Acting Solicitor General Spritzer, Acting Assistant Attorney General Eardley* and *Alan S. Rosenthal* for the United States.

No. 601. WYOMING ET AL. *v.* UDALL, SECRETARY OF THE INTERIOR, ET AL. C. A. 10th Cir. Certiorari denied. *James E. Barrett,* Attorney General, and *Sterling C. Case,* First Assistant Attorney General, for the State of Wyoming, and *A. G. McClintock* and *James B. Diggs*

986

for Gulf Oil Corp., petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Weisl, Roger P. Marquis* and *Edmund B. Clark* for Udall et al., and *James H. Anderson* and *E. T. Lazear* for Union Pacific Railroad Co., respondents.

No. 596. BRULAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Peter J. Hughes* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 629. BOLES, WARDEN *v.* SHEFTIC ET AL. C. A. 4th Cir. Certiorari denied. *C. Donald Robertson,* Attorney General of West Virginia, and *Morton I. Taber* and *Leo Catsonis,* Assistant Attorneys General, for petitioner.

No. 636. WARNER *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *Joseph Smith* for petitioner.

No. 197, Misc. HILLERY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edsel W. Haws,* Deputy Attorney General, for respondent.

No. 314, Misc. DUNN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Derald E. Granberg* and *Gloria F. DeHart,* Deputy Attorneys General, for respondent.

No. 593. ARCENEAUX ET AL. *v.* PFISTER. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *W. Scott Wilkinson* for petitioners. *C. Ellis Henican* and *C. Ellis Henican, Jr.,* for respondent.